**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | CR04-0045-PHX-LOA |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO PERMANENTLY UNSEAL PLEA AGREEMENT** |
| Leslie A. Nix | |
| Defendant. | |

Upon Motion of the Plaintiff herein, and good cause showing,

**IT IS HEREBY ORDERED** permanently unsealing the following:

- Plea Agreement entered January 26, 2004 in United States of America v. Leslie A. Nix (Docket Number 7).

DATED this 14th day of July, 2006.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge

1803459.1